ALMAZAN | FINNEMAN
PABLO A. ALMAZAN (SBN 274013)
Email: pablo.almazan@alfilaw.com
TREVOR J. FINNEMAN (SBN 275131)
Email: trevor.finneman@alfilaw.com
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (310) 280-6767
Facsimile:  (323) 272-3315

Attorneys for Plaintiff
DANIEL LARA


LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
SAISRUTHI PASPULATI (SBN 319879)
Email: spaspulati@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LARA,<br><br>             Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 through 10, Inclusive.<br><br>             Defendants. | Case No.  4:21-cv-00315-YGR<br><br>**ORDER OF DISMISSAL PURSUANT TO JOINT STIPULATION OF THE PARTIES TO VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u> PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Presiding:  Hon. Yvonne Gonzalez Rogers |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE Plaintiff Daniel Lara and Defendant Home Depot U.S.A., Inc. (collectively "Parties") hereby stipulate to the dismissal of the above-referenced action in its entirety <u>with prejudice</u>, with each of the Parties to bear their own attorneys' fees and costs.

Dated: August 9, 2021     ALMAZAN | FINNEMAN

/s/ Pablo A. Almazan
_____
Pablo A. Almazan
Attorneys for Plaintiff
DANIEL LARA

Dated: August 9, 2021     LAFAYETTE & KUMAGAI LLP

/s/ Brian H. Chun
_____
Brian H. Chun
Attorneys for Defendant
HOME DEPOT U.S.A., INC.



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
8/13/2021

-1-
JOINT STIPULATION OF THE PARTIES TO VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)